

# THE LAW OFFICE OF FLORIAN MIEDEL

March 6, 2012

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                  Re:     <u>United States v. Christopher Posteraro, 09-CR-807</u>

Your Honor:

     I write to request a minor modification in the condition of Mr. Posteraro's bond. On December 3, 2009, Mr. Posteraro was released by Magistrate Judge Reyes on a $150,000 bond with several conditions. One condition required Mr. Posteraro to live with his brother, because there was an order of protection in place at the time between Mr. Posteraro and his wife Cathy. That order of protection has long since expired, and Mr. Posteraro and his wife have reconciled. He now respectfully requests that he be permitted to reside with his wife and son at her apartment at 1369 65th Street, Brooklyn, New York.

     I have discussed the request with Melissa Roman from Pretrial Services, and AUSA Yaeger, and neither objects to the change in living situation.

     Thank you for your consideration.

                                       Sincerely,

                                       Florian Miedel

Cc:    AUSA Yaeger (ECF)
        **Pretrial Officer Melissa Roman (email)**

Trinity Centre • 111 Broadway Suite 1401 • New York New York 10006 • 212-616-3042(T) • 212-616-3046(F)
www.Miedellaw.com